The relief described hereinbelow is SO ORDERED

Done this 16th day of November, 2016.



**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 15-32743 |
| NANCY DENENNY, | CHAPTER 13 |
| AKA NANCY DENENNY RHODES, | |
|     Debtor, | JUDGE Dwight H. Williams, Jr. |
| NATIONSTAR MORTGAGE, LLC | |
| D/B/A CHAMPION MORTGAGE COMPANY | CONTESTED MATTER |
|     Movant, | |
| v. | |
| NANCY DENENNY, | |
| AKA NANCY DENENNY RHODES,, | |
|     Respondent. | |

## AMENDED CONSENT ORDER

The above and foregoing matter is pending before this court on the Motion of NATIONSTAR MORTGAGE, LLC D/B/A CHAMPION MORTGAGE COMPANY ("Movant") for Relief from the Automatic Stay, with a hearing scheduled for October 26, 2016 Movant also seeks waiver of the fourteen (14) day provision contained within FRBP 4001(a)(3). The Debtor is indebted to Movant on a Promissory Note ("Note") and Reverse Mortgage ("Mortgage") securing payment of the Note for property located at 189 S. Burbank Dr., Montgomery, AL 36117-2792 (the "Property"). It appearing that the Creditor submitted an incorrect Order in the case and instead should have submitted the

Consent Order with the terms as shown below and agreed by the Parties at the hearing and the Parties now respectfully present this Consent Order to Amend the Order entered by the Court on November 9, 2016, it is

ORDERED that Debtor acknowledges the account is past due for a total of $853.00 for 2015 and 2016 insurance premiums. Debtor will cure same plus $476.00 attorney fees and costs for filing this Motion by including the total of $1,329.00 to be paid through the Chapter 13 plan. Movant is granted the right to file a secured Proof of Claim for $1,329.00. The specified payment on this this is $30.00. The plan payments are set at $313.00 MONTHLY. It is hereby

FURTHER ORDERED that Debtor is to provide Movant with proof of insurance on the Property prior to the expiration of the current policy. If the debtor fails to provide this information to Movant in the time provided above, the stay will automatically lift on the Property without need for further hearing or order of the Court.

FURTHERMORE, the parties agree and acknowledge that in the event of closure, termination, dismissal or conversion of the debtor's bankruptcy case the terms of this consent order are null and void and the parties are returned to the *status quo* with their respective rights under state law and the contract.

**END OF DOCUMENT**

CONSENTED TO BY:

_/s/James G. Whiddon, III_____
James G. Whiddon, III, Esquire
Alabama Bar No.: ASB-1043-N65J
Email: jwhiddon@mphlawfirm.com
McCullough Payne Haan & Nadler, LLC
Authorized Agent for Secured Creditor
271 17th Street, NW, Suite 2200
Atlanta, Georgia 30363-6213
ATTORNEYS FOR MOVANT

_/s/Joshua C. Milam__
Joshua C. Milam
Alabama Bar No.: _ASB-3046-T99U
Shinbaum & Campbell
566 S. Perry Street
Montgomery, AL 36104

NO OPPOSITION BY:

  /s/ Tina J. Hayes
Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101
CHAPTER 13 TRUSTEE
560.00481